AO 91 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**

Sep 13 2010

Clerk, U.S. District Court
Western District of Texas

By: _____

Deputy

| | |
|---|---|
| **USA** § | CRIMINAL COMPLAINT |
| vs. § | CASE NUMBER: **EP:10-M -04844(1)ML** |
| **(1) REZA ASKARI** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>September 10, 2010</u> in <u>El Paso</u> county, in the <u>**WESTERN DISTRICT OF TEXAS**</u> defendant(s) did, (track statutory language of offense) being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title <u>**8**</u> United States Code, Section(s) <u>**1325(a)(1)**</u>.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

*"The DEFENDANT, Reza ASKARI, an alien to the United States and a citizen of Iran, illegally entered the United States from the Republic of Mexico on September 10, 2010, approximately .1 mile west of the Paso Del Norte Port of Entry in El Paso, Texas. The area where the DEFENDANT entered the United States, is a place not designated as a Port of Entry by Immigration Officers and is in the Western District of Texas."*

Continued on the attached sheet and made a part hereof:    **X** Yes  ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Paredes, David A.
Border Patrol Agent

September 13, 2010
Date

at  EL PASO, Texas
City and State

MARGARET F. LEACHMAN
U.S. MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

**WESTERN DISTRICT OF TEXAS**

**(1) REZA ASKARI**

FACTS   (CONTINUED)

On September 10, 2010, a Remote Video Surveillance System (RVSS) operator observed an individual crawl through the border fence approximately 0.1 miles west of the Paso Del Norte Port of Entry in El Paso, Texas. The RVSS operator then observed the individual run north across the levee road and then eastbound along a chain-link fence attempting to make his way north to Santa Fe Street. The RVSS operator relayed the information via government radio and Border Patrol Agents Flavio Landeros and Timothy Gillmer responded north of the area and encountered the individual. Agent Landeros and Gillmer identified themselves as United States Border Patrol Agents and questioned the individual, identified as the Defendant, Reza ASKARI, as to his citizenship. The Defendant admitted to being an Iranian Citizen. After further questioning it was also determined that the Defendant did not have any immigration documents allowing him to be, remain, or enter the United States legally. The Defendant was placed under arrest and transported to the El Paso Border Patrol Station for further processing. At the El Paso Border Patrol Station, the Defendant, was entered into the E3/IDENT/IAFIS system using his biographical information and fingerprints. The E3/IDENT/IAFIS system returned with positive results for criminal history and negative for immigration history. Subsequent records checks were requested through El Paso Sector Radio which also returned positive for criminal history and negative for immigration history. Checks were also run through the Border Intelligence Center, Joint Terrorist Task Force, FBI and NTC. Checks returned with inconclusive result. The Defendant was advised of his rights via Form I-214, which he acknowledged by signing the form.

The DEFENDANT, Reza ASKARI, an alien to the United States and a citizen of Iran, illegally entered the United States from the Republic of Mexico on September 10, 2010, approximately .1 mile west of the Paso Del Norte Port of Entry in El Paso, Texas. The area where the DEFENDANT entered the United States, is a place not designated as a Port of Entry by Immigration Officers and is in the Western District of Texas.

IMMIGRATION HISTORY:

**NONE**

CRIMINAL HISTORY:

On June 8, 1990, in Los Angeles, CA, the DEFENDANT was charged with Grand Theft Property, the disposition was Held.